## THIRD DEPARTMENT, DECEMBER, 1972

## (December 6, 1972)

■ In the Matter of the POLICE BENEVOLENT ASSOCIATION OF THE NEW YORK STATE POLICE, INC., Petitioner, v. MELVIN H. OSTERMAN, JR., as Director, Office of Employee Relations of the State of New York, et al., Respondents, and FRATERNAL ORDER NEW YORK STATE TROOPERS, LOCAL 1908, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, Intervenor.— Application by respondents for permission to appeal to this court pursuant to CPLR 5701 (subd. [c]) referred to Presiding Justice Herlihy, who makes the following decision: Motion for permission to appeal granted, without costs. Motion by petitioner to vacate statutory stay pursuant to CPLR 5519, (subd. [c]) denied, without costs. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.